1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| STEVEN H. MURTISHAW, | ) Case No. CV 12-2521 JCG |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

19
20     IT IS ADJUDGED that the decision of the Commissioner of the Social

21 Security Administration is **AFFIRMED**.

22
23 DATED: March 28, 2013

24

_____

25                         Hon. Jay C. Gandhi
26                    United States Magistrate Judge

27
28